IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RICHARD EDWARD PAUL MCCOY,
ADC #174425                                                                                          PETITIONER

v.                                 Case No. 4:20-cv-1415-KGB-BD

ARKANSAS DEPARTMENT
OF CORRECTIONS                                                                                RESPONDENT

## ORDER

Before the Court is the Recommended Disposition filed by United States Magistrate Judge Beth Deere (Dkt. No. 3). No objections to the Recommended Disposition have been filed, and the time for filing objections has passed. After careful consideration, this Court adopts the Recommended Disposition in its entirety as this Court's findings in all respects. Petitioner Richard Edward Paul McCoy's petition for writ of *habeas corpus* is denied and dismissed without prejudice (Dkt. No. 1). Pursuant to Rule 11 of the Rules Governing Section 2254 Cases in the United States District Court, this Court declines to issue a certificate of appealability.

So ordered this 9th day of January, 2023.

Kristine G. Baker
United States District Judge