IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RICHARD EDWARD PAUL MCCOY,
ADC #174425                                                                                           PETITIONER

v.                              Case No. 4:20-cv-1415-KGB-BD

ARKANSAS DEPARTMENT
OF CORRECTIONS                                                                                    RESPONDENT

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that petitioner Richard Edward Paul McCoy's petition for writ of *habeas corpus* is dismissed without prejudice (Dkt. No. 1). The Court denies the requested relief.

So adjudged this 9th day of January, 2023.

_____
Kristine G. Baker
United States District Judge